UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| LONA WILLIAMS, <br><br> Petitioner, <br><br> v. <br><br> C.I.W. PRISON, <br><br> Respondent. | No. 2:22-cv-01034-JAK (JDE) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1, "Petition"), the Order to Show Cause issued by the assigned magistrate judge (Dkt. 4), and the Report and Recommendation of the magistrate judge (Dkt. 6, "R&R"). Petitioner did not file timely objections to the R&R. The Court accordingly accepts the findings and recommendation of the magistrate judge.

IT IS THEREFORE ORDERED that Judgment shall be entered dismissing this action without prejudice.

Dated:  May 18, 2022

_____
JOHN A. KRONSTADT
United States District Judge