JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LONA WILLIAMS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>C.I.W. PRISON,<br><br>　　　　Respondent. | No. 2:22-cv-01034-JAK (JDE)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: May 18, 2022

JOHN A. KRONSTADT
United States District Judge